ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2019-Mar-01  15:28:46
60CV-19-1251
C06D02 : 19 Pages

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

KATHLEEN TORRENCE                                        PLAINTIFF

v.                          CASE NO. _____

AAA ARKANSAS INSURANCE AGENCY, INC.            DEFENDANT

## CLASS ACTION COMPLAINT

### I. INTRODUCTION

1.      Kathleen Torrence was driving a 2001 Mercedes-Benz E-Class sedan that was involved in an accident. Torrence insured the vehicle with AAA Arkansas Insurance Agency, Inc. ("AAA"), who declared the vehicle a total loss. After the vehicle was declared a total loss, AAA made a cash settlement of $3,438 using a CCC One Report. No similar cars were for sale within 250 miles of Torrence's home, but similar vehicles were for sale at prices ranging from $4,800 to $5,995 within a 500 mile radius. AAA uses the CCC One Report in adjusting its total loss claims. The CCC One Report systematically undervalues the insured's vehicles, resulting in a payment of

loss claims, saving AAA millions of dollars each year at the expense of its insureds.

2.     AAA's use of the CCC One Report to value total loss claims violates its contracts with its insureds and Arkansas law. AAA is required to calculate actual cash value through either: (a) the cost of a specific, comparable replacement automobile, or (b) using one of two or more quotations obtained from two or more qualified dealers or appraisal services located within the local market area. Instead of following Arkansas law AAA uses the CCC One Report to cheat their policyholders and increase their profits. Torrence brings this suit on behalf of herself and others similarly situated to recover the difference between the actual cash value of her vehicle and what she was paid, punitive damages, costs, and attorneys' fees. Plaintiff also asks the Court to declare that the use of the CCC One Report to adjust first-party insurance claims violates Arkansas law and to permanently enjoin its use.

## II. PARTIES, JURISDICTION, AND VENUE

3.     Plaintiff Kathleen Torrence is a resident and citizen of Pulaski County, Arkansas. At all times relevant to this Complaint, she had a motor vehicle insurance policy with AAA and had a total-loss claim.

4.      Defendant AAA Insurance Agency, Inc. is incorporated in Arkansas and has its principal place of business in Little Rock, AR. It's registered agent for service is the Corporation Service Company, located at 300 Spring St., Suite 900, Little Rock, AR 72201. Further, because this is a direct action against AAA, it is also a citizen of each state of which Plaintiff and all putative class members are Citizens. 28 U.S.C. § 1332(c)(1). Thus, AAA is also citizen of Arkansas because the Plaintiff and putative class members are citizens of Arkansas.

5.      This Court has subject matter jurisdiction pursuant to Ark. Const. amend. 80, § 6 and Ark. Code Ann. § 16-13-201.

6.      Venue is proper in this Court because Plaintiff resided in Pulaski County at the time of the events which gave rise to this cause of action, and the accident occurred in the same. Ark. Code Ann. § 16-60-101.

### III. FACTUAL ALLEGATIONS

7.      In November of 2015, Torrence was driving a 2001 Mercedes - Benz E-Class Sedan, and was involved in a motor vehicle accident which resulted in substantial damage to her vehicle. Torrence had an insurance policy with AAA and submitted a claim to her insurer, and received an estimate on or about November 30, 2015.

8.    Torrence's insurance policy with AAA contained a clause providing for the adjustment and settlement of total loss claims based on "actual cash value or replacement with another of like kind or quality." Upon information and belief, this is AAA's standard automobile insurance policy issued to insureds in the state of Arkansas.

9.    AAA used a report from a third-party corporation known as a CCC One Report to adjust Torrence's claim. Solera, Inc. sells automobile valuation information primarily to insurance companies for settling total loss vehicle claims. The CCC One Report is sold almost solely to insurance companies, and it is marketed as reducing the costs of total value settlements. Upon information and belief, AAA uses the CCC One Report to calculate its offers of all total loss claims.

10.    AAA presented the CCC One report to Torrence as representing the "actual cash value" of the vehicle, and, based on the CCC One Report, AAA paid $3,438 to settle the claim. *See* CCC One Report, attached as Exhibit 1. Plaintiff's vehicle, however, was worth more than shown on the CCC One Report. A search for identical vehicles for sale in the immediate area did not show any vehicles of a similar make, model, mileage, or condition within 250 miles of Torrence's home. However, if the search area was expanded to

500 miles, there were similar vehicles listed for prices between $4,800 and $5,995. *See* used cars for sale at nearby dealerships, obtained on February 28, 2019 attached as Exhibit 2.

11.    The CCC One Report systematically undervalues vehicles by making a series of arbitrary and unexplained adjustments to the vehicles contained in the report. For instance, the CCC One Report bases its estimate on vehicles listed for sale, but not "in the local area." The first purportedly "comparable" vehicle was located in Memphis, Tennessee, some 138 miles away, while the other vehicle was listed in Paducah, Kentucky, which is over 320 miles away. These are not "in the local market area."

12.    The CCC Report automatically discounts 7% from the list value of vehicles listed for private sale and 9% from the value of cars sold by a dealership. This serves to immediately lower the cash price paid to covered parties.

13.    AAA knows that the CCC One Report undervalues vehicles. Despite knowing that the CCC One Report undervalues vehicles, AAA continues to use it to determine the amount to pay claimants.

14.    Arkansas law requires that AAA, when adjusting or settling first party automobile total losses, either provide a replacement vehicle, provide

a cash settlement based on a specific replacement vehicle if one is available in the local market area, or use "one (1) of two (2) or more quotations obtained by the insurer from two (2) or more qualified dealers or appraisal services located within the local market area when a comparable automobile is located in the local market area." Ark. Ins. Regulation 43, § 10(a)(2). If the insurer deviates from one of those methods, the deviation must be supported by documentation giving particulars of the automobiles condition, and "[a]ny deductions from such cost, including deduction for salvage, must be measurable, discernable, itemized, and specified as to dollar amount and shall be appropriate in amount." Ark. Ins. R. 43, § 10(a)(3). Further, "[t]he basis for such settlement shall be fully explained to the first party claimant." Ark. Ins. R. 43, § 10(a)(3).

15.    CCC One Information Services, Inc. is not a qualified dealer or appraisal service located in Pulaski County, Arkansas. CCC One Information Services, Inc. is not registered with the Arkansas Secretary of State to do business in Arkansas, and does not maintain any offices in the state of Arkansas.

16.    AAA did not provide documentation about why it needed to deviate from one of the two approved methods for Torrence's vehicle, and

there was nothing unique about Torrence's vehicle that would justify deviating from the methods approved under Arkansas law.

17.    AAA knows or should know that using the CCC One Report to determine actual cash value violates Arkansas law. Despite knowing that the practice is unlawful, AAA uses the practices because it saves AAA millions of dollars. AAA can achieve this savings because the cost of obtaining an appraisal and litigating the value of a property damage claim exceeds the difference in value between the CCC One Report and the actual cash value of the vehicle.

## IV. CLASS ACTION ALLEGATIONS

18.    Plaintiff incorporates by reference the preceding paragraphs as if they were fully set forth herein.

19.    Plaintiff brings this as a class action under Rule 23 of the *Arkansas Rules of Civil Procedure*.

20.    Members of the putative class are so numerous that joinder of all such members is impracticable. The exact size of the putative class is unknown, but may be easily determined from records maintained by AAA.

21.    There are common questions of law and fact applicable to the putative class with respect to liability, relief, and anticipated affirmative defenses. Common questions of law and fact include:

a.    Whether AAA has a practice of using the CCC One Report to determine actual cash value;

b.    Whether Regulation § 43, § 10 is incorporated into the terms of AAA's automobile insurance policies;

c.    Whether AAA's practices violated Regulation 43, § 10;

d.    Whether CCC One Information Services, Inc. is a qualified dealer or appraiser in the local market area; and

e.    By what percentage does CCC One systematically undervalue cars vis a vis their actual cash value;

22.    Plaintiff's claims are typical of the putative class. Like all other putative class members, Plaintiff had a total loss automobile claim that was settled and adjusted using the CCC One Report.

23.    Plaintiff will fairly and adequately protect the interest of the putative class. He has no conflicts with putative class members and has suffered the same injury as members of the putative class.

24.    Plaintiff's counsel possesses the requisite resources and experience in class action litigation to adequately represent Plaintiffs in prosecuting the claims here.

25.    The questions of law and fact common to Plaintiff and members of the putative class predominate over any question affecting only individual class members. These common questions concerning AAA's wrongdoing must be resolved for all class members.

26.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy. AAA engages in a common business practice of using the CCC One Report to settle total loss claims, which is alleged to violate Arkansas law, and it is not unfair to require AAA to litigate its business practice on a class-wide basis. Moreover, Class members' individual damage claims are too small to make individual litigation an economically viable alternative. But despite the small size of any one individual's claims standing along, the aggregate value of the practice is substantial.

27.    Plaintiff's class claims are appropriate to proceed under the Arkansas Deceptive Trade Practices Act. Act 986 of 2017 – which purports to prohibit most private class actions under the Act – is an unconstitutional

intrusion into the Arkansas Supreme Court's exclusive authority to "prescribe the rules of pleading, practice and procedure for all courts." Ark. Const. Amend. 80, § 3; *see also Johnson v. Rockwell Automation*, 2009 Ark. 241, 308 S.W.3d 135 (holding two provisions of Arkansas Civil Justice Reform Act were unconstitutional); *Summerville v. Thrower*, 369 Ark. 231, 253 S.W.3d 415 (2007) (holding statute requiring reasonable cause affidavit was unconstitutional); *Weidrick v. Arnold*, 310 Ark. 138, 835 S.W.2d 843 (1992) (holding statute requiring 60-day notice before filing medical malpractice claim was unconstitutional).

### V. CAUSES OF ACTION
### COUNT I: ARKANSAS DECEPTIVE TRADE PRACTICES ACT

28.    Plaintiff incorporates by reference the preceding paragraphs as if they were fully set forth herein.

29.    Arkansas law requires that an insurer settle total loss automobile claims by providing the insured with enough money to purchase a specific comparable replacement vehicle in the local market area, or, if no comparable vehicle is available, using one of two or more quotations from a local dealer or appraiser. Ark. Ins. R. 43, § 10.

30.    AAA settles total loss automobile claims by relying on the CCC One Report, even though CCC One Information Services, Inc. is not a local

dealer or appraiser and even though the report does not provide the insured with sufficient funds to purchase a comparable replacement automobile.

31.     AAA engaged in an unconscionable, false, or deceptive act or practice in business, commerce, or trade when it used the CCC One Report to settle Plaintiff's total loss claim. AAA also used the same unconscionable, false, or deceptive act or practice in using the CCC One Report to settle all of its total loss claims in Arkansas.

32.     Defendant's conduct proximately caused damage to Plaintiff and putative class members. Plaintiff and putative class members seek compensatory damages in an amount equal to the difference between the amount paid to them to settle total loss claims and the actual cash value of their vehicle computed as required by Arkansas law.

33.     AAA knew or ought to have known that their conduct would result in injury to Plaintiff and putative class members and it continued in such conduct in reckless disregard of the consequences. As a result, Plaintiff and putative class members are entitled to punitive damages.

34.     Plaintiff and the putative class members are entitled to an award of attorneys' fees, costs, and expenses in bringing their Deceptive Trade Practices Act claim.

## COUNT II: FRAUD IN THE INDUCEMENT

35.    Plaintiff incorporates by reference the preceding paragraphs as if they were fully set forth herein.

36.    AAA falsely represented that the amount in the CCC One Report represented the actual cash value of Torrence's automobile. AAA made the same false representation to every other putative class member.

37.    AAA knew that its representation was false. First, AAA knew that Arkansas law requires that an insurer use one of the methods identified in Regulation 43 to determine actual cash value and that the CCC One Report was not a permissible method. Further, AAA knew that the CCC One Report systematically generated valuations that were lower than the "actual cash value" that would have resulted had it obtained a valuation from a qualified local dealer or appraiser as required by Arkansas law.

38.    AAA intended to induce and coerce Plaintiff and putative class members into settling their total loss claims for less than they would have if AAA had complied with Arkansas law and obtained a quotation from a qualified dealer or appraiser located in the local market area.

39.    Plaintiff and putative class members justifiably relied on AAA's representation about the actual cash value. Indeed, because the

misrepresentation goes to a material matter, reliance is presumed. *Manhattan Credit Co. v. Burns*, 230 Ark. 418, 323 S.W.2d 206 (1959) ("[R]eliance is to be presumed when, as here, the misrepresentation goes to a material matter."); *Pickering v. Garrison*, 2009 Ark. App. 107, at *13 ("Reliance is presumed when the misrepresentation goes to a material matter.").

40.    AAA's conduct proximately caused damages. Plaintiff and putative class members suffered damages in an amount equal to the difference between the amount paid to them to settle their total loss claims and the actual cash value of their vehicle computed as required by Arkansas law.

41.    Defendant knew or ought to have known that its conduct would result in injury to Plaintiff and putative class members and it continued in such conduct in reckless disregard of the consequences. As a result, Plaintiff and putative class members are entitled to punitive damages.

## COUNT III: BAD FAITH

42.    Plaintiff incorporates by reference the preceding paragraphs as if they were fully set forth herein.

43.    AAA acted in bad faith to avoid liability under its policy issued to Torrence. AAA knew that its method of settling total loss claims violated

Arkansas law and would result in a lower payment to Torrence than if AAA would have obtained a quotation from a qualified local dealer or appraiser. Despite this knowledge, AAA fraudulently presented the CCC One Report to Torrence as representing the "actual cash value" of her vehicle.

44.     AAA did more than merely refuse to pay a claim. AAA intentionally violated Arkansas law to save itself money at the expense of its insured. AAA's conduct was dishonest and oppressive, and was carried out with a state of mind characterized by contempt for its insureds.

45.     AAA's conduct proximately caused damages. Plaintiff and putative class members suffered damages in an amount equal to the difference between the amount paid to them to settle total loss claims and the actual cash value of their vehicle computed as required by Arkansas law.

46.     Defendants knew or ought to have known that their conduct would result in injury to Plaintiff and putative class members and it continued in such conduct in reckless disregard of the consequences. As a result, Plaintiff and putative class members are entitled to punitive damages.

### COUNT IV: BREACH OF CONTRACT

47.     Plaintiff incorporates by reference the preceding paragraphs as if they were fully set forth herein.

48.     Torrence and AAA entered into a contract. Among other things, the policy provides for the adjustment and settlement of total losses based on "actual cash value or replacement with another of like kind or quality."

49.     Arkansas law requires that AAA either provide a replacement vehicle, provide a cash settlement based on a specific replacement vehicle if one is available in the local market area, or use "one (1) of two (2) or more quotations obtained by the insurer from two (2) or more qualified dealers or appraisal services located within the local market area when a comparable automobile is located in the local market area." Ark. Ins. Regulation 43, § 10(a)(2). If the insurer deviates from this method, it must provide documentation for the deviation, including giving particulars of the automobiles condition, and "[a]ny deductions from such cost, including deduction for salvage, must be measurable, discernable, itemized, and specified as to dollar amount and shall be appropriate in amount." Ark. Ins. R. 43, § 10(a)(3). Further, "[t]he basis for such settlement shall be fully explained to the first party claimant." Ark. Ins. R. 43, § 10(a)(3). The provisions of Ark. Ins. R. 43 are incorporated into the insurance contract as a matter of law. *See First Sec. Bank v. John Doe 1, 2, & 3,* 297 Ark. 254, 257, 760 S.W.2d 863, 865 (1988).

50.    Torrence and putative class members did what the contract required of them.

51.    AAA breached the contracts by using the CCC One Report instead of using the methods required by Arkansas law.

52.    As a result of AAA's breach of contract, Plaintiff and putative class members suffered damages in an amount equal to the difference between the amount paid to them to settle total loss claims and the actual cash value of their vehicle computed as required by Arkansas law.

## VI. JURY DEMAND & PRAYER FOR RELIEF

53.    Plaintiff incorporates by reference the preceding paragraphs as if they were fully set forth herein.

54.    Article 2, § 7 of the Arkansas Constitution provides that "The right of trial by jury shall remain inviolate, and shall extend to all cases at law, without regard to the amount in controversy[.]" Further, Article 2, § 13 also guarantees every person a "remedy in the laws for all injuries or wrongs . . . ." Plaintiff demands a remedy in the laws for all injuries and wrongs alleged, and a trial by jury on all issues so triable.

55.   WHEREFORE, Plaintiff respectfully requests this Court:

a.    Certify a class defined as:

> All individuals insured by AAA under a policy issued or effective in Arkansas who: (a) had a total loss claim with AAA; (b) that received a settlement calculated using CCC One Report; (c) during the period from February 28, 2014 to the present.

b.    Appoint Kathleen Torrence as class representative;

c.    Appoint Holleman & Associates, P.A. as class counsel;

d.    Declare that AAA's practice of using the CCC One Report to settle total loss claims violates Arkansas law;

e.    Enjoin AAA from using the CCC One Report to settle future total loss claims in the state of Arkansas;

f.    Award her compensatory damages in an amount equal to the difference between the actual cash value of her vehicle and the amount AAA paid;

g.    Award her punitive damages in an amount sufficient to punish AAA for its wrongdoing and to deter others from engaging in similar wrongdoing;

h.      Award Plaintiff all recoverable costs, expenses, and attorneys' fees incurred in prosecuting this action, together with all applicable interest; and

i.      Grant Plaintiff all such further relief deemed just and appropriate.

Respectfully Submitted,

**HOLLEMAN & ASSOCIATES, P.A.**
1008 West Second Street
Little Rock, Arkansas 72201
Tel. 501.975.5040
Fax 501.975.5043

By:  _____
John Holleman, ABN 91056
*jholleman@johnholleman.net*
Timothy A. Steadman, ABN 2009113
*tim@johnholleman.net*
Jerry Garner, ABN 2014134
*jerry@johnholleman.net*

&

Lloyd "Tre" Kitchens, ABN 99075
*tkitchens@bradhendricks.com*
**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Drive
Little Rock, AR 72227
Telephone (501) 221-0444

 **MARKET VALUATION REPORT**

*Prepared for AUTO CLUB ENTERPRISES*

# 📝 REPORT SUMMARY

## 🔖 CLAIM INFORMATION

| | |
|---|---|
| Owner | Torrence, Kathleen |
| | 5716 Meadowlark Dr |
| | Little Rock, AR 72209 |
| Loss Vehicle | 2001 Mercedes-Benz E-Class 4dr |
| | Sdn 4.3L |
| Loss Incident Date | 11/17/2015 |
| Claim Reported | 11/30/2015 |

## 💱 INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 80088252 |
| Claim Reference | PA0001349458-11809649 |
| Adjuster | Moore, Gabriall |
| Odometer | 172,264 |
| Last Updated | 12/22/2015 09:47 AM |

## 💎 VALUATION SUMMARY

| | |
|---|---|
| Base Vehicle Value | $ 3,408.00 |
| Condition Adjustment | + $ 30.00 |
| Adjusted Vehicle Value | $ 3,438.00 |

| Total | $ 3,438.00 |
|---|---|

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

The CCC ONE® Market Valuation Report reflects CCC Information Services Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by AUTO CLUB ENTERPRISES.

### BASE VEHICLE VALUE

This is derived from comparable vehicle(s) available or recently available in the marketplace at the time of valuation, per our valuation methodology described on the next page.

### ADJUSTED VEHICLE VALUE

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

Inside the Report

| | |
|---|---|
| Valuation Methodology | 3 |
| Vehicle Information | 4 |
| Vehicle Condition | 7 |
| Comparable Vehicles | 8 |
| Valuation Notes | 10 |



PLAINTIFF'S EXHIBIT

# CCC ONE. MARKET VALUATION REPORT

Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

 REPORT SUMMARY

Supplemental Information.............................11

**CCC ONE** MARKET VALUATION REPORT

Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

# VALUATION METHODOLOGY

## How was the valuation determined?



### CLAIM INSPECTION

AUTO CLUB ENTERPRISES has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.



### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the straight average of the adjusted values of the comparable vehicles.

© Copyright 2015 CCC Information Services Inc. All Rights Reserved

# CCC ONE MARKET VALUATION REPORT

Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

 VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | LITTLE ROCK, AR 72209 |
| VIN | WDBJF70J91B383025 |
| Year | 2001 |
| Make | Mercedes-Benz |
| Model | E-Class |
| Body Style | 4dr Sdn 4.3L |
| Body Type | Sedan |
| Engine - | |
| Cylinders | 8 |
| Displacement | 4.3L |
| Fuel Type | Gasoline |
| Carburation | SMPI |
| Transmission | Automatic Transmission Overdrive |

## VEHICLE HISTORY SUMMARY

| | |
|---|---|
| Experian AutoCheck | No Title Problem Found |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number (VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and condition, and to verify that the information accurately reflects the options, additional equipment, refurbishments or other aspects of the loss vehicle that may impact the value.

 **CCC ONE** **MARKET VALUATION REPORT** | Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

# 🚐 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Package 1:** | Sport | |
| **Odometer** | 172,264 | |
| **Transmission** | Automatic Transmission | ✓ |
| | Overdrive | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Passenger Seat | ✓ |
| | Power Trunk/Gate Release | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Memory Package | ✓ |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Home Link | ✓ |
| | Wood Interior Trim | ✓ |
| **Seating** | Bucket Seats | ✓ |
| | Leather Seats | ✓ |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | Cassette | ✓ |
| | Steering Wheel Touch Controls | ✓ |

To the left is the equipment of the loss vehicle that AUTO CLUB ENTERPRISES provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

⊞ **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

 **CCC ONE. MARKET VALUATION REPORT** | Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

# 🚙 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

|                        |                            |     |
| ---------------------- | -------------------------- | --- |
|                        | Premium Radio              | ✓   |
| Wheels                 | Aluminum/Alloy Wheels      | ✓   |
| Safety/Brakes          | Air Bag (Driver Only)      | ✓   |
|                        | Passenger Air Bag          | ✓   |
|                        | Anti-lock Brakes (4)       | ✓   |
|                        | 4-wheel Disc Brakes        | ✓   |
|                        | Front Side Impact Air Bags | ✓   |
|                        | Alarm                      | ✓   |
|                        | Traction Control           | ✓   |
|                        | Stability Control          | ✓   |
| Exterior/Paint/Glass   | Dual Mirrors               | ✓   |
|                        | Heated Mirrors             | ✓   |
|                        | Tinted Glass               | 🔲  |
|                        | Fog Lamps                  | ✓   |
|                        | Clearcoat Paint            | 🔲  |



# CCC ONE. MARKET VALUATION REPORT

Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

 # VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | PRIVATE OWNER | | $ 0 |
| Carpets | PRIVATE OWNER | | $ 0 |
| Dashboard | PRIVATE OWNER | | $ 0 |
| Headliner | PRIVATE OWNER | | $ 0 |
| **EXTERIOR** | | | |
| Body | PRIVATE OWNER | | $ 0 |
| Glass | PRIVATE OWNER | | $ 0 |
| Paint | PRIVATE OWNER | | $ 0 |
| **MECHANICAL** | | | |
| Engine | PRIVATE OWNER | | $ 0 |
| Transmission | PRIVATE OWNER | | $ 0 |
| **TIRES** | | | |
| Front Tires | DEALER | LF 6/32 RF 7/32 | $ 15 |
| Rear Tires | DEALER | LR 7/32 RR 6/32 | $ 15 |
| **Total Condition Adjustments** | | | **$ 30** |

AUTO CLUB ENTERPRISES uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Private OwnerPrivate Owner condition. These dollar adjustments are based upon interviews with dealerships across the United States.

 **CCC⊞ONE** **MARKET VALUATION REPORT**

Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

# 🔍 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 |
|---|---|---|---|
| Sport | ✔ | ✘ | ✘ |
| Odometer | 172,264 | 67,486 | 172,154 |
| Automatic Transmission | ✔ | ✔ | ✔ |
| Overdrive | ✔ | ✔ | ✔ |
| Power Steering | ✔ | ✔ | ✔ |
| Power Brakes | ✔ | ✔ | ✔ |
| Power Windows | ✔ | ✔ | ✔ |
| Power Locks | ✔ | ✔ | ✔ |
| Power Mirrors | ✔ | ✔ | ✔ |
| Power Driver Seat | ✔ | ✔ | ✔ |
| Power Passenger Seat | ✔ | ✔ | ✔ |
| Power Trunk/Gate Release | ✔ | ✔ | ✔ |
| Air Conditioning | ✔ | ✔ | ✔ |
| Climate Control | ✔ | ✔ | ✔ |
| Tilt Wheel | ✔ | ✔ | ✔ |
| Cruise Control | ✔ | ✔ | ✔ |
| Rear Defogger | ✔ | ✔ | ✔ |
| Intermittent Wipers | ✔ | ✔ | ✔ |
| Console/Storage | ✔ | ✔ | ✔ |
| Memory Package | ✔ | ✔ | ✔ |
| Keyless Entry | ✔ | ✔ | ✔ |
| Telescopic Wheel | ✔ | ✔ | ✔ |
| Message Center | ✘ | ✘ | ✔ |
| Home Link | ✔ | ✔ | ✔ |
| Wood Interior Trim | ✔ | ✔ | ✔ |
| Bucket Seats | ✔ | ✔ | ✔ |
| Leather Seats | ✔ | ✔ | ✔ |
| AM Radio | ✔ | ✔ | ✔ |
| FM Radio | ✔ | ✔ | ✔ |
| Stereo | ✔ | ✔ | ✔ |
| Search/Seek | ✔ | ✔ | ✔ |
| Cassette | ✔ | ✔ | ✔ |
| Steering Wheel Touch Controls | ✔ | ✔ | ✔ |
| Premium Radio | ✔ | ✔ | ✔ |
| Aluminum/Alloy Wheels | ✔ | ✔ | ✔ |
| Drivers Side Air Bag | ✔ | ✔ | ✔ |
| Passenger Air Bag | ✔ | ✔ | ✔ |
| Anti-lock Brakes (4) | ✔ | ✔ | ✔ |
| 4-wheel Disc Brakes | ✔ | ✔ | ✔ |
| Front Side Impact Air Bags | ✔ | ✔ | ✔ |

Comp 1       Updated Date: 10/29/2015
2001 Mercedes-benz E-class 4dr Sdn
4.3l 8 4.3l Gasoline Smpi
VIN WDBJF70J91B231326
Dealership Autonation Ford Lincoln W
Telephone (877) 880-8966
Source Autotrader
Stock # 1B231326
Distance from Little Rock, AR
148 Miles - Memphis, TN

Comp 2       Updated Date: 10/10/2015
2002 Mercedes-benz E-class 4dr Sdn
4.3l 8 4.3l Gasoline Smpi
VIN WDBJF70J92B420513
Dealership Paducah Ford Lincoln Merc
Telephone (270) 444-0011
Source Autotrader
Stock # P9216A
Distance from Little Rock, AR
263 Miles - Paducah, KY

Comparable vehicles used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

List Price is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

Distance is based upon a straight line between loss and comparable vehicle locations.

¹The Condition Adjustment sets that comparable vehicle to Private OwnerPrivate Owner condition, which the loss vehicle is also compared to in the Vehicle Condition section.

 **CCC ONE** MARKET VALUATION REPORT | Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

## COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 |
|---|---|---|---|
| Head/Curtain Air Bags | ✗ | ✗ | ✓ |
| Rear Side Impact Air Bags | ✗ | ✗ | ✓ |
| Communications System | ✗ | ✗ | ✓ |
| Alarm | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ |
| Tinted Glass | ✓ | ✗ | ✗ |
| Fog Lamps | ✓ | ✓ | ✓ |
| Clearcoat Paint | ✓ | ✗ | ✗ |

| | Loss Vehicle | Comp 1 | Comp 2 |
|---|---|---|---|
| **List Price** | | $ 6,486 | $ 4,995 |
| **Adjustments:** | | | |
| Package | | + $ 100 | + $ 100 |
| Make/Model/Trim | | | - $ 800 |
| Mileage | | - $ 2,584 | + $ 80 |
| Condition¹ | | - $ 781 | - $ 781 |
| **Adjusted Comparable Value** | | **$ 3,221** | **$ 3,594** |



 **MARKET VALUATION REPORT**

Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

# VALUATION NOTES

12/22/2015 09:47 - Pre/Post Tax data modified after Valuation

12/22/2015 09:47 - Packages added : SPORT

12/22/2015 09:47 - Post Valuation Adjustment entered for:

12/22/2015 09:47 - Condition Ratings changed after Valuation

12/22/2015 09:47 - AppraiserId changed, Old : 71168 with New :

12/22/2015 09:47 - AppraiserLastName changed, Old : Branson with New :

12/22/2015 09:47 - AppraiserFirstName changed, Old : Christopher with New :

12/22/2015 09:47 - User has changed one or more of the below mentioned items:
Appraiser, Insured, Owner, Loss Type, Coverage, Third Party

This Market Valuation Report has been prepared exclusively for use by AUTO CLUB ENTERPRISES, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include Arkansas Insurance Department Rule 43.

# CCC ONE. MARKET VALUATION REPORT

Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

# SUPPLEMENTAL INFORMATION

 **EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT**

| TITLE CHECK | | RESULTS FOUND |
|---|---|---|
| Abandoned | ✔ | No Abandoned Record Found |
| Damaged | ✔ | No Damaged Record Found |
| Fire Damage | ✔ | No Fire Damage Record Found |
| Grey Market | ✔ | No Grey Market Record Found |
| Hail Damage | ✔ | No Hail Damage Record Found |
| Insurance Loss | ✔ | No Insurance Loss Record Found |
| Junk | ✔ | No Junk Record Found |
| Rebuilt | ✔ | No Rebuilt Record Found |
| Salvage | ✔ | No Salvage Record Found |

| EVENT CHECK | | RESULTS FOUND |
|---|---|---|
| NHTSA Crash Test Vehicle | ✔ | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✔ | No Frame Damage Record Found |
| Major Damage Incident | ✔ | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✔ | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✔ | No Odometer Problem Record Found |
| Recycled | ✔ | No Recycled Record Found |
| Water Damage | ✔ | No Water Damage Record Found |
| Salvage Auction | ✔ | No Salvage Auction Record Found |

| VEHICLE INFORMATION | | RESULTS FOUND |
|---|---|---|
| Accident | ✔ | No Accident Record Found |
| Corrected Title | ▣ | Corrected Title Record Found |
| Driver Education | ✔ | No Driver Education Record Found |
| Fire Damage Incident | ✔ | No Fire Damage Incident Record Found |
| Lease | ▣ | Lease Record Found |
| Lien | ✔ | No Lien Record Found |
| Livery Use | ✔ | No Livery Use Record Found |
| Government Use | ✔ | No Government Use Record Found |
| Police Use | ✔ | No Police Use Record Found |
| Fleet | ✔ | No Fleet Record Found |
| Rental | ✔ | No Rental Record Found |
| Fleet and/or Rental | ✔ | No Fleet and/or Rental Record Found |
| Repossessed | ✔ | No Repossessed Record Found |
| Taxi use | ✔ | No Taxi use Record Found |
| Theft | ✔ | No Theft Record Found |
| Fleet and/or Lease | ▣ | Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✔ | No Emissions Safety Inspection Record Found |
| Duplicate Title | ✔ | No Duplicate Title Record Found |

CCC provides AUTO CLUB ENTERPRISES information reported by Experian regarding the 2001 Mercedes-Benz E-Class 4dr Sdn 4.3L (WDBJF70J91B383025). This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND**
✔ No Event Found
⊖ Event Found
▣ Information Needed

**TITLE CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**
INFORMATION FOUND
AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle.

**ODOMETER CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

# CCC ONE. MARKET VALUATION REPORT

Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

# SUPPLEMENTAL INFORMATION

## FULL HISTORY REPORT RUN DATE: 12/22/2015

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 07/06/2001 | BOSSIER CITY, LA | 10 | Motor Vehicle Dept. | TITLE |
| 07/06/2001 | BOSSIER CITY, LA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 06/04/2003 | SOUTHEASTERN REGION, | 21538 | Auto Auction | REPORTED AT AUTO AUCTION |
| 06/04/2003 | SOUTHEASTERN REGION, | 21538 | Auto Auction | AUCTION ANNOUNCED AS FLEET/LEASE |
| 06/10/2003 | CA | 21545 | State Agency | PASSED EMISSION INSPECTION |
| 09/02/2003 | CA | 21734 | State Agency | PASSED EMISSION INSPECTION |
| 09/07/2003 | CA | 21740 | Motor Vehicle Dept. | ODOMETER READING FROM DMV |
| 12/16/2003 | SANTA ROSA, CA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 12/23/2003 | SANTA ROSA, CA | | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 11/18/2005 | SANTA ROSA, CA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 04/22/2006 | SANTA ROSA, CA | | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 09/20/2006 | SANTA ROSA, CA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/01/2006 | SANTA ROSA, CA | | Motor Vehicle Dept. | TITLE |
| 09/26/2007 | SANTA ROSA, CA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/26/2007 | CA | 67234 | State Agency | PASSED EMISSION INSPECTION |
| 10/07/2007 | SANTA ROSA, CA | | Motor Vehicle Dept. | TITLE |
| 10/07/2007 | SANTA ROSA, CA | | Motor Vehicle Dept. | CORRECTED TITLE |
| 08/18/2009 | CA | 74245 | State Agency | PASSED EMISSION INSPECTION |
| 07/21/2011 | CA | 93994 | State Agency | PASSED EMISSION INSPECTION |
| 12/06/2012 | CA | 109700 | State Agency | PASSED EMISSION INSPECTION |
| 12/15/2012 | SAN RAFAEL, CA | | Motor Vehicle Dept. | TITLE |
| 12/15/2012 | SAN RAFAEL, CA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 04/05/2013 | CA | 110004 | Motor Vehicle Dept. | ODOMETER READING FROM DMV |

# CCC ONE  MARKET VALUATION REPORT

Owner: Torrence, Kathleen
Claim: PA0001349458-11809649

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 05/22/2013 | FAIRFIELD, CA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 05/31/2013 | FAIRFIELD, CA | | Motor Vehicle Dept. | TITLE |
| 06/21/2013 | CA | 114508 | State Agency | PASSED EMISSION INSPECTION |
| 08/26/2013 | PACIFIC SW REGION, | 117579 | Auto Auction | REPORTED AT AUTO AUCTION AS DEALER VEHICLE |
| 08/30/2013 | CA | 117714 | State Agency | PASSED EMISSION INSPECTION |
| 11/18/2013 | OAKLAND, CA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/27/2013 | OAKLAND, CA | | Motor Vehicle Dept. | TITLE |
| 06/11/2014 | OAKLAND, CA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 07/23/2015 | CA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/14/2015 | STRONG, AR | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/14/2015 | STRONG, AR | | Motor Vehicle Dept. | EXCLUDED/EXEMPT |
| 10/01/2015 | STRONG, AR | | Motor Vehicle Dept. | TITLE |
| 10/01/2015 | STRONG, AR | | Motor Vehicle Dept. | EXCLUDED/EXEMPT |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.



## THE BRAD HENDRICKS
## LAW FIRM
A Professional Association

Brad Hendricks ††
Lamar Porter †
Christopher R. Heil
David Rawls †
George R. Wise, Jr.

All Licensed in Arkansas
† Also Licensed in Texas
†† Also Licensed in Texas & Missouri

500 C Pleasant Valley Drive
Little Rock, Arkansas 72227
Telephone: (501) 221-0444
Fax: (501) 661-0196

**www.bradhendricks.com**

Matthew E. Hartness †
Caroline C. Lewis
Lloyd W. "Tré" Kitchens
Sheldon D. Smith
Gary Davis *

* Of Counsel

August 28, 2018

Wendy Kight
AAA Insurance
Claims Department
P.O. Box 66502
St. Louis, MO 63166

> RE:    Our Client:        Kathleen Torrence
>        Your Insured:      Kathleen Torrence
>        Claim #:           PA1349458
>        Date of Incident:  11/17/2015

Dear Ms. Kight:

Our firm represents Kathleen Torrence. We need to know how your company valued the total loss claim our client made on their insurance policy. We also need any supporting documentation on how you arrived at that value.

Please produce the above referenced information as quickly as possible. Thank you in advance for your cooperation. Please feel free to contact me with any questions.

Sincerely,

Lloyd W. "Tre" Kitchens
*tkitchens@bradhendricks.com*

/alm

 **cars.com**   Cars for Sale    Sell Your Car    Service & Repair    Research    Videos & Reviews    Sign Up

# Used Mercedes-Benz E-Class for Sale

Sort by: Relevance: Best Match

Filter Results            New Search                Get the latest listings by email        Email      Sign Up

**6 matches**            Save Search

Clear All    × Mercedes-Benz        **FEATURED**

× E-Class    × 2001    × Used    GREAT DEAL  rcedes-Benz of Little Rock

  ★ ★ ★ ★ ★ (4.7) 566 reviews

## Location                                          4062 Mercedes-Benz in stock

### Search within                                    Dealer Website

| 500 miles | 72209 |

Currently in stock:  2016 Mer... 2018 Mer...

152 New   $29,990  14,366 $39,995  61 Used

☐ Show me cars available for home delivery

Include vehicles outside of my search radius that can be delivered to my home.

## New/Used

◯ All   ◯ New   ◉ Used

◯ Certified Pre-Owned



## Year

| 2001 | to | 2001 |

## Make

Mercedes-Benz

- [ ] Acura
- [ ] BMW
- [ ] Chevrolet
- [ ] Ford
- [ ] Honda

Show all Makes in A-Z

## Model

E-Class

- [ ] C-Class
- [ ] CL-Class
- [ ] CLK-Class
- [ ] M-Class
- [ ] S-Class

## Trim

---

USED   ♡ Save   ☐ Compare
**$4,800** ⏐ 117,466 mi.
**2001 Mercedes-Benz 4dr Sdn 3.2L**

**GREAT** DEAL

**Selective Motors**
- (317) 548-4835
★ 4.9 (112 reviews) |
492 mi. from 72209

**Ext. Color:** Gold
**Int. Color:** Beige
**Transmission:** Automatic
**Drivetrain:** RWD

Free CARFAX Report

Check Availability

---

USED   ♡ Save   ☐ Compare
**$4,991** ⏐ 148,572 mi.
**2001 Mercedes-Benz E320**

**GOOD** DEAL

**Advantage BMW Midtown**
- (866) 413-3488
★ 4.4 (97 reviews) |
382 mi. from 72209

**Ext. Color:** Other
**Int. Color:** Other
**Transmission:** Automatic
**Drivetrain:** RWD

Free CARFAX Report

Check Availability

☐ Base or Unknown

☐ E320

☐ E320 4MATIC

## Price

| Min Price | Max Price |

## Mileage

◯ 90,000 or less (1)

◯ 100,000 or less (1)

◯ 150,000 or less (4)

◯ 200,000 or less (5)

◯ 250,000 or less (5)

## Deal Rating

☐ **GREAT** DEAL    (2)

☐ **GOOD** DEAL    (2)

## Features

☐ Alloy Wheels (5)

☐ Brake Assist (6)

---

USED    ♡ Save    ☐ Compare

**$5,995**    89,102 mi.

### 2001 Mercedes-Benz 4dr Sdn 3.2L

**GOOD** DEAL

**Port City Auto Sales**
- (225) 442-3875
300 mi. from 72209

**Ext. Color:** White
**Int. Color:** Beige
**Transmission:** Automatic
**Drivetrain:** RWD

CARFAX Report

Check Availability

---

USED    ♡ Save    ☐ Compare

**$4,999**    132,935 mi.

### 2001 Mercedes-Benz 4dr Wgn 3.2L

**GREAT** DEAL

**Sundance Auto Sales L.L.C.**
- (214) 960-5246
★ 3.4 (5 reviews) |
283 mi. from 72209

**Ext. Color:** Green
**Int. Color:** Gray
**Transmission:** Automatic
**Drivetrain:** RWD

CARFAX Report

Check Availability

- [ ] HomeLink (5)
- [ ] Leather Seats (6)
- [ ] Memory Seat (6)
- [ ] Premium Sound System (1)
- [ ] Stability Control (6)
- [ ] Sunroof/Moonroof (1)
- [ ] Third Row Seating (1)

Body Style 〉

Exterior Color 〉

Interior Color 〉

Drivetrain 〉

Transmission 〉

Cylinders 〉

Photos 〉

Fuel 〉

Door Count 〉

Dealer Ratings 〉

Listing Date 〉

Seller Type 〉

Keywords 〉

---

USED    ♡ Save    ☐ Compare

## Not Priced

171,051 mi.

### 2001 Mercedes-Benz E320 4MATIC

**Jack Ingram Motors**
- (334) 472-0122
★ 4.8 (581 reviews) |
386 mi. from 72209

**Ext. Color:** Silver
**Int. Color:** Other
**Transmission:** Automatic
**Drivetrain:** AWD

📄 Free CARFAX 1-Owner Report

Check Availability

---

USED    ♡ Save    ☐ Compare

## Not Priced

294,567 mi.

### 2001 Mercedes-Benz E320 4MATIC

**Lujack's Northpark Autoplaza**
- (888) 472-0402
★ 2.2 (9 reviews) |
483 mi. from 72209

**Ext. Color:** Beige
**Int. Color:** Other
**Transmission:** Automatic
**Drivetrain:** AWD

📄 Free AutoCheck Report

Check Availability

| Prev | Next |
|------|------|

1

20 Per Page

\* Title, other fees, and incentives are not included in this calculation, which is an estimate only. Monthly payment estimates are for illustrative purposes only and do not represent a financing offer from the seller. Other taxes may apply. The information on vehicles provided in this service is supplied by the seller or other third parties; Cars.com is not responsible for the accuracy of such information. Cars.com provides this service and materials without representations or warranties of any kind, either expressed or implied. See our terms of service for more details.

## Our Company

About Cars.com

Investor Relations

Contact Cars.com

Mobile Apps

Site Map

Careers

Fraud Awareness

Licensing & Reprints

## Buying & Selling

Find a Car

Certified Pre-Owned

Sell Your Car

Car Book Values

Car Dealers

Compare Car Prices

Listings by City

## Our Partners

Auto.com

NewCars.com

RepairPal.com

Terms of Service    Privacy Statement    Ad Choices

