IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHLEEN TORRENCE                                                PLAINTIFF

v.                              No. 4:19-cv-354-DPM

AUTOMOBILE CLUB
INTER-INSURANCE EXCHANGE                                         DEFENDANT

ORDER

This case is one of five recently filed matters* raising substantially similar issues. The parties differ; there's overlap among counsel. To achieve consistency in rulings, and conserve judicial resources, this case is transferred to the Honorable James M. Moody Jr., who was randomly assigned the first filed of these cases. Any objection to transfer should be made by 19 July 2019, and Judge Moody will address it. The Court directs the Clerk to make the transfer by chip exchange.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

11 July 2019

---

* *DuPriest et al. v. Allstate Insurance Company*, No. 4:19-cv-230-JM; *Bray v. Esurance Property & Casualty Insurance Company*, No. 4:19-cv-457-JM; *Armstead v. Farmers Insurance Company, Inc.*, No. 4:19-cv-458-BRW; *Beth v. Trumbull Insurance Company*, No. 4:19-cv-459-BRW.