IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHLEEN TORRENCE**                                                                    **PLAINTIFF**

**V.**                                              **4:19CV00354 JM**

**AUTOMOBILE CLUB INTER-
INSURANCE EXCHANGE**                                                                    **DEFENDANT**

## ORDER

Pursuant to Rule 41(a), Plaintiff's Motion to Voluntarily Dismiss with prejudice (ECF No. 28) is GRANTED. The Clerk is directed to close the case.

IT IS SO ORDERED this 10th day of December, 2021.

_____
James M. Moody Jr.
United States District Judge